STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF                  )

**RONNIE MYERS, D.D.S.**, being duly sworn, deposes and says:

1. The Touro College of Dental Medicine at New York Medical College is a division of the Touro University System.
2. TCDM is located on the NYMC campus in Hawthorne, New York.
3. TCDM is the first dental school in the nation run under Jewish auspices.
4. TCDM was created using Touro's scalable, repeatable and sustainable method and formula for opening institutions of higher education in a uniquely efficient manner.
5. TCDM is a leading teaching and institutional innovator fully committed to the principles of diversity.
6. TCDM is sponsored by Touro and carries full accreditation without reporting requirements of the Commission on Dental Accreditation Education (CODA).
7. TCDM's primary educational offering is an educational program leading to the D.D.S. degree.
8. Since enrolling its first class in July 2016, TCDM has graduated over 440 students who have gone on to some of the most sought-after residency and specialty programs throughout the country, matching to these programs at a significantly higher rate than the national average.
9. TCDM's students have exceeded expectations in first time national board pass rates and currently the class of 2024 has a 100% success rate.
10. TCDM recently also exceeded the first-time pass rate on the clinical licensing examination in all areas.
11. Through use of its digital clinical infrastructure, TCDM provides its students with the platform of success for their professional career as the technology for oral health care changes.
12. In 2015, Touro University (at the time, Touro College) and Dr. Edward Farkas ("Farkas") began discussions regarding the feasibility of a new Touro dental school.
13. After some discussions, the plan was greenlit and efforts to build a dental school on the campus of NYMC came to life.
14. Farkas assumed the role of Vice Dean under the Founding Dean Goldsmith.
15. After attaining regulatory approvals and accreditation from New York State and initial accreditation status from CODA, the first class of the new dental school enrolled in July 2016.
16. In his role as Vice Dean, Farkas was responsible for many facets of the administration of the dental school including but not limited to information technology, design, and implementation in coordination with the IT Department of Touro.
17. In his role as Vice Dean, Farkas had access and control over nonpublic files that were not otherwise available and that were specifically protected from people in other subordinate roles, including Touro's Confidential Information and Trade Secrets.

18. Farkas was privy to Confidential Information and Trade Secrets, including nonpublic information including the processes to develop and implement a dental school and corresponding regulatory and accreditation processes, course curricula and materials, donor lists, and the information needed to develop future programs.
19. This process to develop and implement a dental school is formulated from Touro's scalable, repeatable and sustainable plans to open higher education institutions in the healthcare field in a uniquely efficient manner.
20. TCDM's Confidential Information and/or Trade Secrets include construction projects planned and completed, including architectural plans and renderings that were created, approved and utilized. This includes the Clinical Facility, Pre-Clinical Simulation Laboratory, Examination Center, Konikoff Education Center, Orthodontic Clinical Facility, the Student Lounge, and Faculty Offices.
21. TCDM's Confidential Information and/or Trade Secrets include Development Agreements, including one with the ProHealth DSO.
22. TCDM's Confidential Information and/or Trade Secrets include documents and information related to its accreditation. This includes documents and processes for initial application in 2015, documents and processes for the mid-cycle site visit in April, 2018, documents and processes for a final site visit in April, 2020 (which was postponed), documents and processes for a virtual site visit in April, 2021, production and submission of documents for acceptance of Advanced Standing Students in December, 2021, production and submission of documents for increased enrollment, initial submission in May, 2022, and supplemental information provided in November, 2022.
23. TCDM's Confidential Information and/or Trade Secrets include production and submission of application for Orthodontics and Dentofacial Orthopedics, which was submitted in January 2022, supplemental information submitted in August, 2022, and a New York State submission in January, 2023.
24. TCDM's Confidential Information and/or Trade Secrets include all site visit arrangements, calendars, mock visits, and schedules associated with any of the above documents and processes.
25. TCDM's Confidential Information and/or Trade Secrets include specific curricula development.
26. TCDM's Confidential Information and/or Trade Secrets include certain syllabi that have been created, and various teaching modalities that have been used.
27. TCDM's Confidential Information and/or Trade Secrets include videos, OSCE examinations that have been created, and all program examinations including formative and summative competency assessments.
28. TCDM's Confidential Information and/or Trade Secrets include affiliation agreements with St. Joseph's Hospital Center, Montefiore Medical Center, New York Presbyterian Queens, St. Barnabas, Westchester Medical Center, Ossining Open Door, and Anderson Center for Autism.
29. TCDM's Confidential Information and/or Trade Secrets include global integration chairside of digital workflows and data capture.

30. TCDM's Confidential Information and/or Trade Secrets include its clinical policies, procedures and manuals.
31. TCDM's Confidential Information and/or Trade Secrets include its Infection Prevention Manual.
32. TCDM's Confidential Information and/or Trade Secrets include its Standing Committee Structure, including the Curriculum Committee, the Student Academic Performance and Review Committees, the Faculty Forum, the Executive Committee of the Faculty Forum, the Admissions Committee, and the Appointment and Promotions Committee.
33. TCDM's Confidential Information and/or Trade Secrets include Committees of Appointment, including the Infection Prevention Committee and its monitoring processes, inspection logs, and manifests for regulated waste disposal.
34. TCDM's Confidential Information and/or Trade Secrets include information regarding its Instrument and Materials Committee, including the evaluation processes and material formulary.
35. TCDM's Confidential Information and/or Trade Secrets include information about the Outcomes Assessment Committee, including information such as grids for education, clinical care, research and community service goals and outcomes.
36. TCDM's Confidential Information and/or Trade Secrets include information about the Quality Assurance Committee, including standards of care and measures.
37. TCDM's Confidential Information and/or Trade Secrets include information about its Academic Integrity Committee.
38. TCDM's Confidential Information and/or Trade Secrets include information about its Continuing Education Committee.
39. TCDM's Confidential Information and/or Trade Secrets include information about Performance Indicators developed.
40. TCDM's Confidential Information and/or Trade Secrets include its financial statements.
41. TCDM's Confidential Information and/or Trade Secrets include documents and information related to Touro's Operations.
42. TCDM's Confidential Information and/or Trade Secrets include its Student Handbook, Course Catalog, Faculty Handbook Addendum to the Touro College Faculty Handbook, and its Environmental and Safety Manual.
43. TCDM's Confidential Information and/or Trade Secrets include information about its Business Office policies and procedures.
44. TCDM's Confidential Information and/or Trade Secrets include information about and documents from Touro Dental Health (TCDM's clinic).
45. Touro has invested time, resources, and talent to develop a model that allows it to build programs, refine those programs, and then replicate those programs – including the creation of a dental school.
46. Touro takes great care to protect its Confidential Information (including information and documents) and Trade Secrets. Touro protects its Confidential Information and Trade Secrets by password protecting its computers, network and other databases, the use of two factor authentication, a digital workspace solution that delivers secure access to applications, restricting access to certain databases to those that require the Confidential

Information and Trade Secrets stored therein, providing employees with University-owned emails, restricting access to its facilities and key file cabinets, requiring that employees return all Confidential Information and Trade Secrets upon termination of employment, requiring confidentiality from employees, and regularly training employees.
47. Farkas's download of Confidential Information and Trade Secrets, if divulged or used by him or his new employer, would provide the ability for a competitor to replicate Touro's processes, decrease its time to obtain CODA accreditation, and speed its ability to open a new dental school —all while using Touro's confidential information to its competitive advantage against Touro.

**I affirm under penalty of perjury under the laws of the State of New York that the foregoing paragraphs are true and correct.**

Ronnie Myers, D.D.S