STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF                )

  **ARMAND PICARI**, being duly sworn, deposes and says:

1. I am the Junior Network Administrator at Touro University ("Touro").

2. As a Junior Network Administrator, my many responsibilities include assisting with network administration and security.

3. On December 6, 2023, at approximately 4:30pm, Charles Mattiello, Deputy Chief Information Officer, requested a user activity report detailing file downloads for Dr. Edward Farkas.

4. A user activity report is automatically generated from the administrator console and shows all activity from a specific account.

5. The report evidenced a substantial amount of activity and file downloads. Specifically, 4,962 files were downloaded on December 1, 2023 and December 4, 2023.

6. I shared the report with Mr. Mattiello later in the late afternoon of December 6, 2023.

7. The report included files and/or documents with the following names, among others:

  a) List of Faculty Development Programs.pdf
  b) Risk Assessment Instrument from the EMR.pdf
  c) Research Grants.pdf
  d) SGA Bylaws.pdf
  e) [CLIENT NAME REMOVED FOR CONFIDENTIALITY] Hospital Agreement.pdf
  f) TCDM Summative Examinations vs 12 CODA Standards Grid.pdf
  g) TCDM Competencies vs. 12 CODA Standards.pdf
  h) Touro College Strategic Plan.pdf
  i) CODA Steering Committee Agenda 5-15-19.docx
  j) 1.2.3 TCDM Assessment Calendar July 2019-June 2020.pdf
  k) 1.8.1 Touro College Middle States Accreditation Status.pdf

l) 2.4.3 Curriculum Map.pdf
m) Exhibit 7 - Alumni Survey for PG Ortho draft (1).docx
n) Exhibit 77 - Syllabus Research Methods and Biostatistics.docx
o) Exhibit 1 - Outcomes Assessment PG Ortho Goals, Outcomes (Appendix B).docx
p) Exhibit 33 - Minutes TCDM Advanced Education in Orthodontics and Dentofacial Orthopedics faculty meeting 20211215.docx
q) Exhibit 6 - Orthodontic Case Completion Form Template for Electronic Health Record.docx
r) Exhibit 57 - Emergency Cart Inspection Log template.png
s) Exhibit 75 - Curriculum Map PG Orthodontics and Dentofacial Orthopedics.xlsx
t) Steering Committee - CODA 2020 and 2021
u) TCDM Discounts
v) [FACULTY NAME REMOVED FOR CONFIDENTIALITY] @touro.edu - 's Files and Folders
w) TCDM NM Hiring Plan_05.01.2022 (1).xlsx
x) TCDM NM Hiring Plan_05.01.2022.xlsx
y) building14A_roof.dgn
z) Citi Business Statement June 2021.pdf
aa) Guidelines for increased enrollment.pdf
bb) Citi Business Statement May 2022.pdf
cc) NM Info Exchange Attendee List, 3-24-22.xlsx
dd) TCDM Master Course Guide 20200115 CODA Submission.pdf
ee) 3.1.7 Job Description Director of Clinical Education.pdf
ff) 3.1.6 Job Description Director of Pre-Clinical Education.pdf
gg) 3.1.8 Job Description Clinical Practice Leader.pdf
hh) 2.9.3 Public Relations Copy from Local Media.pdf
ii) 2.3.1 Course Listing by Year.pdf
jj) 2.2.3 Touro College Employee Handbook for Administrative Personnel.pdf
kk) 22-10-14 Touro NM Expansion CODA Responses_AAL (Draft) RM+JW+KH+RM.docx
ll) CODA Steering Committee Minutes 7-24-19.docx
mm) TCDM & NYMC Auditorium Specs.pdf
nn) TCDM 19 Skyline Auditorium, Testing Center Specs.pdf
oo) NYMC Auditorium Specs.pdf
pp) TCDM 19 Skyline Conference Room Specs.pdf
qq) Comments on Floor Plans Lovelace.pdf
rr) TCDM NM Hiring Plan_05.01.2022.xlsx
ss) TCDM NM Hiring Plan.xlsx
tt) TCDM NM Class Size Increase Application_04.19.2022.docx

**I affirm under penalty of penalty under the laws of the State of New York that the foregoing paragraphs are true and correct.**

*APicari*
Armand Picari