STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF               )

I, Enrico A. Minnetti, being duly sworn, deposes and says:

1. I am the Manager of eDiscovery Solutions at CODISCOVR, Cozen O'Connor's eDiscovery practice group.

2. On January 2, 2024 I received access to Touro's Box account. The files had been uploaded on January 1, 2024 and shared by Yehuda Levilev.

3. I was provided access to the Box account by Mariah Passarelli, and I accessed the files using her credentials.

4. On January 2, 2024 the following files were downloaded to our secure servers:

   a. edward.farkas@touro.edu.pst;

   b. edward.farkas@touro.edu-2.pst;

   c. edward.farkas@touro.edu-3.pst;

   d. edward.farkas@touro.edu-4.pst;

   e. edward.farkas@touro.edu-5.pst;

   f. edward.farkas@touro.edu-6.pst;

   g. edward.farkas@touro.edu-7.pst.

5. On January 2, 2024 the above pst files were processed into a Relativity Early Case Assessment ("ECA") database.

6. After global deduplication, 358,796 emails and attachments were processed into the Relativity ECA.

7. On January 4, 2024, I executed specific searches requested by Mariah Passarelli.

8. The searches resulted in 30,887 emails and attachments.

9. Those files were uploaded to a Relativity review database for Cozen O'Connor attorney review.

**I affirm under penalty of perjury under the laws of the State of New York that the foregoing paragraphs are true and correct.**

                                                                                        _____
                                                                                        Enrico Minnetti