February 2, 2024

Direct Phone 212-453-3978
Direct Fax    646-588-1558
jagresti@cozen.com

The Honorable Cathy Seibel
United States District Court
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** Touro University v. Farkas, 7:24-cv-00116-CS

Dear Judge Seibel:

Per the Court's January 19, 2024 Order (ECF 14), the parties provide the Court with this status update: the parties have been working diligently to finalize an agreement, however, the parties have not yet reached an agreement and need additional time to attempt to do so.

Thus, the parties hereby request that the Court grant the parties one (1) additional business day, through Monday, **February 5, 2024,** to attempt to reach an agreement; and submit an additional joint status update at that time.

Thank you.


Respectfully,

COZEN O'CONNOR

By:   Janice Sued Agresti

OFFIT KURMAN

*s/ Gary Snitow*

_____
By: Gary Snitow


SO ORDERED:

Honorable Cathy Seibel
United States District Judge

_____

LEGAL\68288939\1