January 16, 2024

Direct Phone 412-620-6502
Mobile: 412-216-4846
mpassarelli@cozen.com

**VIA ECF**

The Honorable Cathy Seibel
United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:    Touro University v. Edward Farkas, 7:24-cv-00116-CS**

Dear Judge Seibel:

This letter is in response to the Court's February 15, 2024 Order scheduling an in-person status conference for February 22, 2024 at 3:15 pm in the above-referenced matter. I have a prescheduled deposition in Pittsburgh, Pennsylvania on the same day. Thus, I respectfully ask the Court to allow me to participate remotely (I will schedule a break in my deposition to attend the status conference remotely). Note that my co-counsel, Janice Sued Agresti, will be attending in person.

Thank you for your consideration.

Sincerely,

COZEN O'CONNOR

*/s/Mariah L. Passarelli*

By:  Mariah L. Passarelli

Application granted.

SO ORDERED.

*[signature]*    2/16/24

CATHY SEIBEL, U.S.D.J.