February 16, 2024



Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota  55402
United States of America

The Honorable Cathy Seibel
United States District Court
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plaines, NY 10601-4150

**Felicia J. Boyd**
**Head of IP Brands, United States**
Direct line +1 612 321 2206
felicia.boyd@nortonrosefulbright.com

Tel +1 612 321 2800
Fax +1 612 321 2288
nortonrosefulbright.com

**Re:    Touro University v. Farkas, 7:24-cv-00116-CS**

Dear Judge Seibel:

We are counsel to Dr. Edward F. Farkas, defendant in the above-referenced case.  I write further to the Court's February 15, 2024 Order scheduling an in person status conference for February 22, 2024 at 3:15 pm.  I am scheduled to be in Houston, Texas on February 22 and I respectfully request that the Court permit me to participate in the status conference remotely.  My co-counsel Gary Snitow and Michael Samalin will attend the status conference in person.

I thank Your Honor for your consideration.

Respectfully,

Felicia J. Boyd

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.